United States District Court
Southern District of Texas
**ENTERED**
January 24, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ARETHA JEAN WALKER,** | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 4:22-CV-0109 |
| | § | |
| **RANDY MULHOLLAND et al,** | § | |
| | § | |
| Defendants. | § | |

### ORDER

A review of Petitioner's request to proceed *in forma pauperis* reveals that Petitioner cannot afford to pay the filing fee. Accordingly, Petitioner's application to proceed *in forma pauperis* is **GRANTED**.

However, Petitioner's complaint fails to state a claim on which relief may be granted, as Petitioner's Goodwill supervisor is not a state or local official. Petitioner's complaint must therefore be dismissed. 28 U.S.C. § 1915(e)(2)(B). Accordingly, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED** this 21st day of January, 2022.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE